1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ELEVATED AG, LLC and MARICOPA        No. 1:24-cv-01372-KES-SKO
     ORCHARDS, LLC,
12                                        ORDER ADOPTING IN FULL FINDINGS AND
                                          RECOMMENDATIONS AND GRANTING
13              Plaintiffs,               DEFENDANT'S MOTION TO DISMISS WITH
                                          LEAVE TO AMEND
14       v.
                                          Docs. 8, 15
15   KEVIN ASSEMI,

16              Defendant.

17

18         Plaintiffs Elevated AG, LLC and Maricopa Orchards, LLC, initiated this action against

19   defendant Kevin Assemi, who proceeds pro se, on November 8, 2024.  Doc. 1 ("Compl.").  Kevin

20   Assemi filed the instant motion to dismiss on February 11, 2025, Doc. 8 ("MTD"), and plaintiffs

21   filed an opposition on February 24, 2025, *see* Docs. 11, 13.[1]  Kevin Assemi did not file a reply.

22         The motion was referred to the assigned magistrate judge for the preparation of findings

23   and recommendations.  *See* Doc. 12.  On April 16, 2025, the assigned magistrate judge

24   recommended that the motion to dismiss be granted with leave to amend.  Doc. 15.  The findings

25   and recommendations contained notice that any objections were due within 21 days.  Doc. 15 at

26   14.  No objections were filed.

27
     _____
28   [1]  Plaintiffs filed two docket entries which appear to be identical versions of the opposition.  *See*
     Docs. 11, 13.

                                              1

1      In accordance with the provisions of 28 U.S.C. §636(b)(1), the Court conducted a de novo

2   review of the case.  Having carefully reviewed the matter, the Court finds the findings and

3   recommendations are supported by the record and proper analysis.

4      Based upon the foregoing:

5   1.   The findings and recommendations issued April 16, 2025, Doc. 15, are ADOPTED in

6        full;

7   2.   Defendant Kevin Assemi's motion to dismiss, Doc. 8, is GRANTED with leave to

8        amend; and

9   3.   Plaintiffs may file an amended complaint that cures the deficiencies identified by the

10       findings and recommendations within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated:   June 5, 2025

_____
UNITED STATES DISTRICT JUDGE

2