# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELEVATED AG, LLC , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:24–CV–01372–KES–SKO** |
| v. | |
| **KEVIN ASSEMI ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/11/2025 .**

ENTERED:   **July 11, 2025**          /s/  **Keith Holland**
                                                      Clerk of Court